IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2000

JAMES W McCORMACK, CLERK
By: _____ DEP CLERK

MORRIS KOONTZ
ADC NO. 115260
v.                                5:00 CV00076 JWC                           PETITIONER

LARRY NORRIS, Director,
Arkansas Department of Correction                                            RESPONDENT

## NOTICE OF FILING

Comes now the respondent, Larry Norris, by and through counsel, Mark Pryor, Attorney General, and Joseph V. Svoboda, Assistant Attorney General, and files the following pursuant to Rule 5 of the Rules Governing Section 2255 Cases in the United States District Courts:

> RESPONDENT'S EXHIBIT 6:   Photocopy of the one volume trial transcript of Petitioner's Hempstead County Circuit Court Case, No. CR98-114-2, as filed in the Arkansas Supreme Court as *Koontz v. State*, Case No. CR99-791.

    Respectfully submitted,

    OFFICE OF THE ATTORNEY GENERAL
    323 Center Street, Suite 200
    Little Rock, Arkansas 72201
    (501) 682-2007
    FAX: (501) 682-8084

By: _____
    Joseph V. Svoboda
    Bar # 74144
    Attorneys for Respondent

## CERTIFICATE OF SERVICE

I, Joseph V. Svoboda, Assistant Attorney General, do hereby certify that I have served the foregoing document by mailing a copy of same by U.S. Mail, postage prepaid, this _____10____ day of May, 2000, to Morris Koontz, ADC No. 115260, Arkansas Department of Correction, Varner Unit, P.O. Box 600, Grady, Arkansas 71644.

_____
Joseph V. Svoboda